JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
CARLOS GARCIA-MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) ) ) | NO. Cr.S. 13-0063-JAM |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER CONTINUING STATUS** |
| v. | ) ) | **CONFERENCE; EXCLUDING TIME** |
| CARLOS GARCIA-MORENO, | ) ) | Date: April 30, 2013<br>Time: 9:45 a.m. |
| Defendants. | ) ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney NIRAV DESAI and Assistant Federal Defender COURTNEY FEIN, for CARLOS GARCIA-MORENO, that the status conference hearing date of April 9, 2013, be vacated, and the matter be set for status conference on April 30, 2013, at 9:45 a.m.

The reason for the continuance is that counsel is in the process of ordering records from the Third District Appellate Court for the State of California that will assist her in analyzing the calculation of Mr. Garcia's criminal history points and so advising him.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 16, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel.

DATED: April 3, 2013  Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for MARIO FLORES-PINEDA


DATED: April 3, 2013  BENJAMIN WAGNER
United States Attorney

/s/ Nirav Desai
NIRAV DESAI
Assistant U.S. Attorney
Attorney for Plaintiff

/ / /

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 9, 2013, status conference hearings be continued to April 30, 2013 at 9:45 a.m. Based on the representation of both defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense

counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time up to and including the April 30, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 4/4/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge