JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
CARLOS GARCIA MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) ) ) | NO. Cr.S. 13-0063-JAM |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; EXCLUDING TIME** |
| v. | ) ) | |
| CARLOS GARCIA MORENO, | ) ) | Date: June 4, 2013<br>Time: 9:45 a.m. |
| Defendants | ). ) | Judge: Hon. John A. Mendez |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney NIRAV DESAI and Assistant Federal Defender COURTNEY FEIN, for CARLOS GARCIA MORENO, that the status conference hearing date of April 30, 2013, be vacated, and the matter be set for status conference on June 4, 2013, at 9:45 a.m.

The reason for the continuance is the State of California Court of Appeals for the Third District vacated the sentence on appeal of one of Mr. Garcia Moreno's prior convictions and remanded the case to the trial court. Counsel must further investigate the outcome of the case on remand in order to determine if a reduced sentence affects Mr. Garcia Moreno's criminal history score and so advise him.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 4, 2013

pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel.

DATED: April 25, 2013          Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for MARIO FLORES-PINEDA

DATED: April 25, 2013          BENJAMIN WAGNER
United States Attorney

/s/ Nirav Desai
NIRAV DESAI
Assistant U.S. Attorney
Attorney for Plaintiff

/ / /

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 30, 2013, status conference hearings be continued to June 4, 2013 at 9:45 a.m. Based on the representation of both defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time up to and including the June 4, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy

/ / /

/ / /

/ / /

Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 4/25/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge