| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant |
| | CARLOS GARCIA MORENO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | NO. Cr.S. 13-0063-JAM |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; EXCLUDING TIME** |
| CARLOS GARCIA MORENO, | ) | |
| Defendants. | ) | Date: August 20, 2013 |
| | ) | Time: 9:45 a.m. |
| _____ | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney NIRAV DESAI and Assistant Federal Defender COURTNEY FEIN, for CARLOS GARCIA MORENO, that the status conference hearing date of July 30, 2013, be vacated, and the matter be set for status conference on August 20, 2013, at 9:45 a.m.

The reason for the continuance is the State of California Court of Appeals for the Third District vacated the sentence on appeal of one of Mr. Garcia Moreno's prior convictions and remanded the case to the trial court. Counsel must further investigate the outcome of the case on remand in order to determine if a reduced sentence affects Mr. Garcia Moreno's criminal history score and so advise him.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 20,

2013, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel.

DATED: July 26, 2013          Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Public Defender

                                            /s/ Courtney Fein
                                            COURTNEY FEIN
                                            Assistant Federal Defender
                                            Designated Counsel for Service
                                            Attorney for MARIO FLORES-PINEDA

DATED: July 26, 2013          BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Nirav Desai
                                            NIRAV DESAI
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 30, 2013, status conference hearings be continued to August 20, 2013 at 9:45 a.m. Based on the representation of both defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time up to and including the August 20, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   7/26/2013          /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                            United States District Court Judge